**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7866**

---

TIMOTHY WATSON CHAVIS,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; PATRICK T.
CASEY,

Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham. Paul Trevor Sharp, Magistrate Judge. (CA-96-219)

---

Submitted: August 28, 1997          Decided: September 10, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Timothy Watson Chavis, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. Chavis v. North Carolina Attorney Gen., No. CA-96-219 (M.D.N.C. Nov. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) (1994).